UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA PUBLIC INTEREST RESEARCH
GROUP CITIZEN LOBBY, INC., et al.,

   Plaintiffs,

v.                   4:02cv408-WS

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

   Defendants.

_____

ORDER APPROVING PARTIES' THIRD STIPULATION
REGARDING BRIEFING SCHEDULE

  Before the court is the parties' third stipulation regarding briefing schedule. Doc. 131. The court having reviewed the stipulation, it is ORDERED:

  1. The parties' third stipulation (doc. 131) is APPROVED.

  2. The parties' shall abide by the schedule set out in the stipulation.

  3. Plaintiffs' motion to strike (doc. 129) and supporting memorandum (doc. 130) are WITHDRAWN.

  DONE AND ORDERED this December 19, 2005.

            /s William Stafford
            WILLIAM STAFFORD
            SENIOR UNITED STATES DISTRICT JUDGE