IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA PUBLIC INTEREST RESEARCH GROUP CITIZEN LOBBY, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | ) <br> ) <br> ) CIVIL ACTION FILE NO. <br> ) <br> ) 4 : 02CV408-WS <br> ) <br> ) STIPULATION TO SET PAGE LIMIT <br> ) FOR BRIEFS IN SUPPORT OF <br> ) SUMMARY JUDGMENT <br> ) <br> ) <br> ) <br> ) <br> ) |

This Stipulation is made and entered into by and between Plaintiffs Florida Public Interest Research Group Citizen Lobby, Inc., et al., ("FPIRG"), Defendants, United States Environmental Protection Agency, et al., ("EPA"), and Intervenors Florida Department of Environmental Protection in the above-captioned case;

WHEREAS, on July 26, 2006, this Court entered an Order setting the deadline of September 18, 2006 to file dispositive motions in the above-captioned case;

WHEREAS, Rule 7.1 (Motions, General) of the Local Rules for the United States District Court for the Northern District of Florida states, "No memorandum may exceed twenty-five (25) pages absent good cause shown and prior order of the court;"

WHEREAS, this case involves complex issues and a sizeable record;

NOW, THEREFORE, the parties agree as follows:

1.   Each party's Brief in Support of Motion for Summary Judgment will not exceed 35 pages in length (excluding any attachments thereto).

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2006 SEP 15  PM 12: 04



FILED

Respectfully submitted,


/s Jennifer A. Murphy

Dated: September 13, 2006
Jennifer A. Murphy
Mid-Atlantic Environmental Law Center
c/o Widener University School of Law
Environment and Natural ResourcesLaw Clinic
4601 Concord Pike
Wilmington, DE 19803-0474
(302) 477-2086
(302) 477-2032 (fax)
Attorney for FPIRG, SOS, FSSR, and Linda Young


_____

Dated: September __, 2006
Tara M. Bahn
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
tel: (202) 616-6519
fax: (202) 514-8865


_____

Dated: September __, 2006
Christine Lamia
Office of General Counsel
Florida Dept. of Env. Protection
3900 Commonwealth Blvd., MS #35
Tallahassee, FL 32399-3000
Attorney for Florida Dept. of Env. Protection

## ORDER

It is so ordered.

Dated:

_____

Respectfully submitted,

_____

Dated: September ___, 2006
Jennifer A. Murphy
Mid-Atlantic Environmental Law Center
c/o Widener University School of Law
Environment and Natural ResourcesLaw Clinic
4601 Concord Pike
Wilmington, DE 19803-0474
(302) 477-2086
(302) 477-2032 (fax)
Attorney for FPIRG, SOS, FSSR, and Linda Young

*/s/ Tara Bahn*

Dated: September 13, 2006
Tara M. Bahn
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
tel: (202) 616-6519
fax: (202) 514-8865

_____

Dated: September ___, 2006
Christine Lamia
Office of General Counsel
Florida Dept. of Env. Protection
3900 Commonwealth Blvd., MS #35
Tallahassee, FL 32399-3000
Attorney for Florida Dept. of Env. Protection

## **ORDER**

It is so ordered.

Dated:

_____

09/13/2006 15:39  8502452297  FLDEP  PAGE 02/02
Case 4:02-cv-00408-WS-WCS   Document 151   Filed 09/15/06   Page 4 of 5
Case 4:02-cv-00408-WS-WCS   Document 149   Filed 09/13/2006   Page 4 of 5

Respectfully submitted,

---

Dated: September __, 2006
Jennifer A. Murphy
Mid-Atlantic Environmental Law Center
c/o Widener University School of Law
Environment and Natural ResourcesLaw Clinic
4601 Concord Pike
Wilmington, DE 19803-0474
(302) 477-2086
(302) 477-2032 (fax)
Attorney for FPIRG, SOS, FSSR, and Linda Young

---

Dated: September __, 2006
Tara M. Bahn
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
tel: (202) 616-6519
fax: (202) 514-8865

Dated: September __, 2006
Christine Lamia
Office of General Counsel
Florida Dept. of Env. Protection
3900 Commonwealth Blvd., MS #35
Tallahassee, FL 32399-3000
Attorney for Florida Dept. of Env. Protection

**ORDER**

It is so ordered.

Dated: September 15, 2006

William Stafford

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document by electronic means utilizing the Court's CM/ECF system that will serve notice of electronic filing to all the parties. Additionally, the undersigned certifies that on September 13, 2006 she served a true and correct copy of parties Stipulation to Set Page Limits for Briefs in Support of Summary Judgment on the following, via first-class mail:

Tara Bahn
U.S. Dept. of Justice
Environmental Defense Section
PO Box 23986
601 D Street NW, Ste. 8000
Washington, DC 20226-3989

Robert Stinson
Assistant United States Attorney
Northern District of Florida
111 N. Adams Street
4th Floor
Tallahassee, FL 32301

Christine Lamia
Office of General Counsel
Florida Department of Environmental Protection
3900 Commonwealth Blvd., MS #35
Tallahassee, FL 32399-3000


**s/ Jennifer A. Murphy**
Jennifer A. Murphy